UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVIN GRIGSBY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASTRAZENECA PHARMACEUTICALS LP )<br>1800 Concord Pike )<br>Wilmington, Delaware  19803 )<br>)<br>ASTRAZENECA LP )<br>1800 Concord Pike )<br>Wilmington, Delaware  19803 )<br>)<br>and )<br>)<br>ZENECA, INC. )<br>1800 Concord Pike )<br>Wilmington, Delaware  19803 )<br>)<br>Defendants. )<br>) | Case No. 1:07-0233-JRB |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL
INTERESTS OF ASTRAZENECA PHARMACEUTICALS LP AND ASTRAZENECA LP**

The undersigned counsel of record for AstraZeneca Pharmaceuticals LP and AstraZeneca LP certify, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 of this Court, that AstraZeneca Pharmaceuticals LP and AstraZeneca LP are wholly-owned subsidiaries of AstraZeneca PLC, a United Kingdom corporation.  American Depository Receipts of AstraZeneca PLC are traded on the New York Stock Exchange.  This certification is made in order that the judges of this Court may determine the need for recusal.

Case No. 1:07-0233-JRB

| | |
|---|---|
| May 24, 2007 | Respectfully submitted, |
| | |
| | /s/  Frank R. Volpe (D.C. Bar No. 458791) |
| | Rebecca K. Wood (D.C. Bar No. 473616) |
| | Richard H. Menard Jr. (D.C. Bar No. 483059) |
| | SIDLEY AUSTIN LLP |
| | 1501 K Street, N.W. |
| | Washington, D.C.  20005 |
| | Telephone:  (202) 736-8000 |
| | Facisimile:  (202) 736-8711 |
| | E-mail:      fvolpe@sidley.com |
| | rwood@sidley.com |
| | rmenard@sidley.com |
| | |
| | Of Counsel: |
| | Michael W. Davis |
| | SIDLEY AUSTIN LLP |
| | One South Dearborn Street |
| | Chicago, IL 60603 |
| | Telephone:  (312) 853-7000 |
| | Facisimile:  (312) 853-7036 |
| | E-mail:      mdavis@sidley.com |
| | |
| | *Attorneys for AstraZeneca Pharmaceuticals LP and AstraZeneca LP* |

Case No. 1:07-0233-JRB

## **CERTIFICATE OF SERVICE**

I certify that on May 24, 2007, I electronically filed the foregoing Disclosure of Corporate Affiliations and Financial Interests of AstraZeneca Pharmaceuticals LP and AstraZeneca LP using the CM/ECF system, and sent the foregoing document and the notice of electronic filing by first-class mail to counsel for Plaintiff, Kenneth W. Smith, 4400 Bayou Boulevard, Pensacola, Florida 32503.

/s/ Frank R. Volpe
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facisimile: (202) 736-8711
E-mail: fvolpe@sidley.com